IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02950-BNB

JOHN A. GARCIA,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 16 2011

GREGORY C. LANGHAM
                 CLERK

---

ORDER OF DISMISSAL

---

Plaintiff, John A. Garcia, initiated this action by filing a letter with the Court on December 6, 2010.

In an order filed on December 10, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Garcia to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Garcia was directed to submit a Complaint on the Court-approved form. Mr. Garcia was also directed to file a properly notarized Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved form. He was informed that the § 1915 motion and affidavit was only necessary if the $350.00 filing fee was not paid in advance. The December 10 order warned Mr. Garcia that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Garcia has not communicated with the Court since December 6, 2010. Therefore, Mr. Garcia has failed to file a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 as directed by the December 10 Order, and

he has failed within the time allowed to cure the designated deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, John A. Garcia, to comply with the order to cure dated December 10, 2010.

DATED at Denver, Colorado, this 15th day of February, 2011.

BY THE COURT:

*Zita Leeson Weinshienk*

ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  10-cv-02950-BNB

John A. Garcia
4600 South 2850 West #195
Taylorsville, UT 84119

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on February 16, 2011.

                                            GREGORY C. LANGHAM, CLERK

                                         By: _____
                                                   Deputy Clerk